UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MULLEN INDUSTRIES LLC,

Plaintiff(s),

v.

APPLE INC.,

Defendant(s).

Case No. 3:23-cv-00437-LJC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE: ORDER**
(CIVIL LOCAL RULE 11-3)

I, Kathleen R. Geyer, an active member in good standing of the bar of Washington, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Apple Inc. in the above-entitled action. My local co-counsel in this case is Steven D. Moore, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 290875.

| 1420 Fifth Avenue, Suite 3700<br>Seattle, WA 98101 | Two Embarcadero Center, Suite 1900<br>San Francisco, CA 94111 |
| --- | --- |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (206) 467-9600 | (415) 576-0200 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| kgeyer@kilpatricktownsend.com | smoore@kilpatricktownsend.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 55493.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/2/2023

Kathleen R. Geyer
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Kathleen R. Geyer is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 14, 2023

UNITED STATES MAGISTRATE JUDGE

# CERTIFICATION OF CURRENT STATUS

November 17, 2022

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the Washington State Bar Association, **Kathleen Rose Geyer**, license no. **55493** was licensed or admitted to the practice of law as a lawyer in this state by the Washington Supreme Court on **October 11, 2019.**
As of the date of this certificate, Kathleen Rose Geyer is and has been in good standing as a(n) **Active lawyer** of the Washington State Bar Association, who is **Eligible** to practice law in this state as a lawyer.

This certificate reflects the date of admission or licensure and the license status as of the date stated. Historical information about status, including periods on inactive status, administrative and disciplinary suspensions, disbarments, resignations, etc., are not reflected in this information, but are available through a Status History Certificate. A summary of confidential grievances and public discipline imposed is available, if authorized by the member, through a Discipline History Certificate.

Terra Nevitt
Executive Director

Washington State Bar Association
1325 Fourth Ave, Suite 600
Seattle, WA 98101-2539
206-443-WSBA