UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MULLEN INDUSTRIES LLC,

Plaintiff(s),

v.

APPLE INC.,

Defendant(s).

Case No. 3:23-cv-00437-LJC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE: ORDER**
(CIVIL LOCAL RULE 11-3)

I, Alton L. Absher III, an active member in good standing of the bar of North Carolina, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Apple Inc. in the above-entitled action. My local co-counsel in this case is Mansi H. Shah, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 244669.

| | |
|---|---|
| 1001 W. Fourth Street<br>Winston-Salem, NC 27101-2400 | 1302 El Camino Real, Suite 175<br>Menlo Park, CA 94025 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (336) 607-7300 | (650) 752-2445 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| aabsher@kilpatricktownsend.com | mhshah@kilpatricktownsend.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 36579.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___1___ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/9/2023

Alton L. Absher III
APPLICANT

---

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Alton L. Absher III is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 14, 2023

UNITED STATES MAGISTRATE JUDGE

# Supreme Court
## OF THE STATE OF NORTH CAROLINA



I, Grant E. Buckner, Clerk of the Supreme Court of North Carolina, do hereby certify that on August 24, 2007, license to practice as an Attorney and Counselor at Law in all the Courts of this State was issued by the North Carolina Board of Law Examiners to

## Alton Luther Absher, III

according to the certified list of licentiates reported by the Secretary of said Board and filed in my office as required by statute.

To the date of this certificate, no order revoking said license has been filed with this Court and no order suspending same is in effect.

WITNESS my hand and the Seal of the Supreme Court of North Carolina at office in Raleigh, this February 8, 2023.

Grant E. Buckner
Clerk of the Supreme Court
of the State of North Carolina