1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| MULLEN INDUSTRIES LLC, | Civil Action No. 5:23-cv-00437-PCP |
| Plaintiff, | [PROPOSED] **ORDER GRANTING STIPULATION TO DISMISS ACTION** |
| v. | |
| APPLE INC., | |
| Defendant. | Complaint Filed:   February 9, 2022<br>Trial Date:              TBD |

On this day, Plaintiff MULLEN INDUSTRIES LLC and Defendant APPLE INC., announced to the Court that they have settled their respective claims for relief asserted in this cause. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

**IT IS THEREFORE ORDERED** that all claims for relief asserted against APPLE INC. by MULLEN INDUSTRIES LLC herein are dismissed, with prejudice; and

**IT IS FURTHER ORDERED** that all attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same.

**IT IS SO ORDERED**.

Dated: __October 20, 2023__           _____
                                      THE HON. P. CASEY PITTS
                                      UNITED STATES DISTRICT COURT JUDGE